JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAKESH RAKESH,

                Petitioner,

      v.

FERETI SEMAIA, *et al.*,

                Respondents.

Case No. 5:26-cv-00434-FLA (MBK)

**JUDGMENT**

Pursuant to the Order Approving Parties' Joint Request and Granting Petition for Writ of *Habeas Corpus*, the court GRANTS Petitioner Rakesh Rakesh's ("Petitioner," A# 246-756-719) Petition for Writ of Habeas Corpus (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

IT IS SO ADJUDGED.

Dated: July 12, 2026



_____

FERNANDO L. AENLLE-ROCHA
United States District Judge